UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETH ELLEN SCHULZ,                            Case No. 4:06-CV-23

    Plaintiff,                                        Hon. Richard Alan Enslen

v.

HOPE NETWORK
REHABILITATION SERVICES,
                                                                **JUDGMENT**
    Defendant.
                                   /

In accordance with the Opinion issued on this date:

**IT IS HEREBY ORDERED** that Defendant Hope Network Rehabilitation Services' Motion for Summary Judgment (Dkt. No. 16) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Beth Ellen Schulz's Complaint (Dkt. No. 1) is **DISMISSED WITH PREJUDICE**.

Dated in Kalamazoo, MI:                            /s/Richard Alan Enslen
January 31, 2007                                     Richard Alan Enslen
                                                               Senior United States District Judge